IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-cr-00119-2 |
| | ) | Judge Trauger |
| WILLIAM M. WORTHY II | ) | |
| | ) | |

**O R D E R**

It is hereby ORDERED that this case is set for a change of plea hearing on October 15, 2015 at 2:00 p.m.

It is so **ORDERED.**

Enter this 29th day of September 2015.

_____
ALETA A. TRAUGER
United States District Judge