# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> WILLIAM M. WORTHY II | **JUDGMENT IN A CRIMINAL CASE** <br> Case Number: 3:13-cr-00119-2 <br> USM Number: 22187-171 <br> <br> William Sneed III and Jonathan Farmer <br> Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)  1 and 18 of the Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 371 and 2 | Conspiracy to Commit Mail Fraud, Wire Fraud, Theft or Embezzlement From an Employee Benefit Plan and Money Laundering | 3/2010 | 1 |
| 18 U.S.C. § 1343 | Wire Fraud | 4/20/2009 | 18 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)  2-17, 19-40, 47-50 and 55 of the Indictment   ☐ is   X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/26/2016
Date of Imposition of Judgment

*Signature of Judge*

Verified via PACER on 03/14/2016
B. Hockensmith, CSO /B.H[...]

ALETA A. TRAUGER, US DISTRICT JUDGE
Name and Title of Judge

3/2/2016
Date

DEFENDANT: WILLIAM M. WORTHY II
CASE NUMBER: 3:13-cr-00119-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of:
Count 1 - 60 months to run concurrently with the balance of the sentence in the federal South Carolina case, Docket # 7:11-cr-00487
Count 18 - 22 months to run consecutively with the sentence on Count 1 and concurrently with the South Carolina Case, service of sentence to commence immediately.

X  The court makes the following recommendations to the Bureau of Prisons:
   1. That defendant be housed at Minimum Security Camp McCreary or at a facility close to the Middle District of Tennesssee

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

~~Defendant~~ delivered on 3/14/2016 to J.V. Flournoy, Warden

at FCI Jesup, with a certified copy of this judgment.

UNITED STATES MARSHAL
J Wilkins, CSO

By _____
DEPUTY UNITED STATES MARSHAL